**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 166 MM 2020

              Respondent          :

                                  :

                   v.                  :

                                  :

GARY LEE GERBER, JR.,             :

                                  :

              Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 27th day of January, 2021, the "Petition for Extension to File Petition for Allowance of Appeal and Appointment of Counsel" is DENIED.